IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DELORAY C. CHRISTIAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. CIV-24-00850-JD |
| KEVIN STITT, et al., | ) ) ) |
| Defendants. | ) ) |

## **ORDER**

Plaintiff Deloray C. Christian filed this 42 U.S.C. § 1983 action against Defendants. Christian filed an initial application for leave to proceed in forma pauperis [Doc. No. 1] and supplemented that motion [Doc. No. 7] upon an order to cure deficiencies by United States Magistrate Judge Amanda Maxfield Green [Doc. No. 5]. Judge Green reviewed the request to proceed in forma pauperis and issued a Report and Recommendation [Doc. No. 9] on September 5, 2024, recommending that the request to proceed in forma pauperis be denied, that Plaintiff pay the full filing fee, and that if Plaintiff fails to comply that the action be dismissed without prejudice.

On September 19, 2024, Plaintiff Deloray C. Christian paid the $405.00 filing fee for this action. [Doc. No. 11]. Plaintiff also objected to the Report and Recommendation that the action be dismissed. [Doc. No. 10].

Upon its de novo review of the record in this action, the Court accepts the Report and Recommendation's findings and recommendations that Plaintiff's applications for

leave to proceed in forma pauperis be denied [Doc. No. 9] and denies Plaintiff's applications for leave to proceed in forma pauperis. *See* [Doc. Nos. 1, 7].

Because Plaintiff has now paid the filing fee, the action is re-referred to United States Magistrate Judge Amanda Maxfield Green. *See* [Doc. No. 4].

IT IS SO ORDERED this 9th day of January 2025.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE